**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Marsha Jurach, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  3:13-cv-30037-KPN |
| | : |
| Asset Recovery Solutions, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 14, 2013

                                                          Respectfully submitted,

                                                          PLAINTIFF, Marsha Jurach

                                                          /s/ Sergei Lemberg

                                                          Sergei Lemberg, Esq.
                                                          B.B.O. No.: 650671
                                                          **LEMBERG & ASSOCIATES L.L.C.**
                                                          1100 Summer Street, 3rd Floor
                                                          Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile:  (203) 653-3424
                                                          slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                               By /s/ Sergei Lemberg
                                                    Sergei Lemberg